Louis ACHILLE, an Infant, by RALPH ACHILLE, his Guardian ad litem, et al., Appellants, v. GEORGE R. BOSHART, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant for no cause of action in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

COUNTY OF LEWIS, Appellant, v. TOWN OF DIANA, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action for property damage to a bridge owned and maintained by plaintiff, claimed to have resulted by reason of the negligent operation of a heavy snowplow by an agent of defendant.) Present — Taylor, P. J., McCurn, Love and Vaughan, JJ. [188 Misc. 376.]

BONNIE L. TYMORSKI, an Infant, by EMIL R. TYMORSKI, Her Guardian Ad Litem, et al., Appellants, v. LOUIS L. GARDON, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses plaintiffs' complaint in an automobile negligence action.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

In the Matter of the Accounting of LIBERTY BANK OF BUFFALO et al., as Executors of MARIAN HERON, Deceased, Appellants. FREDERICK A. HERON, Appellant; FLORENCE KISKER, Respondent. Decree affirmed, with costs to the respondent payable out of the estate. All concur. (The decree settles the accounts of executors.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

JAMES L. ROLFE, Appellant, v. LESTER M. SPAIDE et al., Respondents.— Judgment and orders affirmed, with costs. All concur. (The judgment is for defendants for no cause of action in an automobile negligence action. One order denies plaintiff's motion for a new trial on the minutes, and the other order denies plaintiff's motion for a new trial on the ground of newly discovered evidence.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See post, p. 1056.]